ACCEPTED
03-16-00704-CV
13801052
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/15/2016 1:57:10 PM
JEFFREY D. KYLE
CLERK

## NO. 03-16-00704-CV

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/15/2016 1:57:10 PM
JEFFREY D. KYLE
Clerk

OGCI Training, Inc.,
*Appellant*

v.

Glenn Hegar, Comptroller of Public Accounts of the State of Texas;
and Ken Paxton, Attorney General of the State of Texas,
*Appellees.*

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
CAUSE NO. D-1-GN-14-005375, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## UNOPPOSED, FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant OGCI Training, Inc., moves pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, asking that this Court grant a 45-day extension of time for filing its Appellant's Brief from November 30, 2016 to January 17, 2017. This Motion is UNOPPOSED by Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas.

1

## I.  INTRODUCTION

1.     Appellant is OGCI Training, Inc. ("Appellant").

2.     Appellees are Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas ("Appellees").

3.     No rule provides a deadline to file this Motion to Extend.  *See* Tex. R. App. P. 38.6(d).

## II. ARGUMENT & AUTHORITIES

4.     The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellant's Brief.   This Motion is filed in accordance with Texas Rule of Appellate Procedure 10.5(b)(1).

5.     Appellant's Brief is currently due on Wednesday, November 30, 2016.

6.     After filing the Notice of Appeal in this matter, two events delayed the preparation of Appellant's Brief: (a) the need for a supplemental record to be filed, and (b) settlement discussions between the parties, which overlapped the substitution of new counsel for Appellees, and were ultimately not successful.   Additionally, all counsel for Appellant have had several pending deadlines and professional obligations during this period, which have prevented completion of Appellant's Brief by November 30.

7.      From the current deadline onward, Appellants request an unopposed 45-day extension due to the pending holidays and other deadlines, including:

a.      offices will be closed for Thanksgiving on November 24-25, and will include out-of-town travel by counsel Kelli Todd on November 22-25;

b.      counsel Amanda Taylor currently has an Appellees' Brief due in this Court on December 2, subject to possible extension (Cause No. 03-16-00131-CV);

c.      counsel Amanda Taylor is specially set for trial in Travis County District Court on December 19-22, including a series of pretrial deadlines in the weeks preceding that setting (Cause No. D-1-FM-15-005879);

d.      offices will be closed for the winter holidays on December 23, 26, and January 2, and will include out-of-town travel by counsel Amanda Taylor on December 24-29; and

e.      counsel Jimmy Martens has several speaking engagements during the relevant period, including the UT Annual Taxation Conference on November 30-December 1, a tax seminar in Albuquerque on

December 7-9, and the Houston CPA Society Annual Tax Expo on January 9, 2017.

8. Appellant therefore requests a 45-day extension of its brief-filing deadline. The 45th day would end on Saturday, January 14, 2017, and the next Monday, January 16, is a Court holiday (Martin Luther King Day). Therefore Appellant requests the deadline to file its Brief be moved to Tuesday, January 17, 2017.

9. The requested extension of Appellant's Brief deadline will not prejudice any party.

10. No extensions of time have previously been requested by or granted to Appellant regarding its Brief.

11. The $10.00 filing fee has been submitted in connection with this Motion.

### III. PRAYER

For these reasons, Appellant respectfully prays, without any opposition of Appellees, that this Court grant an extension of time to file Appellee's Brief from November 30, 2016 to January 17, 2017, which is 45 days from the current deadline.

Respectfully submitted,

M<small>ARTENS</small>, T<small>ODD</small>, L<small>EONARD</small>, T<small>AYLOR</small> & A<small>HLRICH</small>

By: _/s/ Amanda G. Taylor_

**James F. Martens**
Texas Bar No. 13050720
jmartens@textaxlaw.com
**Kelli H. Todd**
Texas Bar No. 24042046
ktodd@textaxlaw.com
**Amanda G. Taylor**
Texas Bar No. 24045921
ataylor@textaxlaw.com
301 Congress Ave., Ste.1950
Austin, TX 78701
(512) 542-9898 – Telephone

ATTORNEYS FOR APPELLANT
OGCI TRAINING, INC.

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellant made a reasonable attempt to confer with all counsel about the merits of this Motion. Jack Hohengarten, counsel for Appellees, is **unopposed** to the relief requested herein.

_/s/ Amanda G. Taylor_
Amanda G. Taylor

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time has been electronically filed and served on counsel below on November 15, 2016. *See* Tex. R. App. P. 9.2(c)(1), 9.5(b)(1).

Jack Hohengarten
300 West 15th Street, 6th Floor
Austin, Texas 78701
jack.hohengarten@oag.texas.gov

*Counsel for Appellees Glenn Hegar, Texas Comptroller of Public Accounts; and Ken Paxton, Attorney General of the State of Texas*

*/s/ Amanda G. Taylor*
Amanda G. Taylor
